# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:12cr33-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LESTER ARTHUR DAVIS. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 66].

For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 66] is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice.

Signed: May 22, 2013

Martin Reidinger
United States District Judge